**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DAVID ROCHELLE,

                Plaintiff,

-against-                                                          21 **CIVIL** 1220 (PMH)

                                                                      **JUDGMENT**

AUTOZONERS, LLC., et al.,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 12, 2023, the Defendants' motion for summary judgment is GRANTED. Plaintiff's First Amended Complaint is dismissed with prejudice and in its entirety. The pending motion sequence (Doc. 59) is terminated and the case is closed.

**Dated:** New York, New York

      September 12, 2023

                                                        **RUBY J. KRAJICK**
                                                           Clerk of Court

                          **BY:**
                                                          _____
                                                                 **Deputy Clerk**